

NUMBER 13-09-00048-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HEART CLINIC, P.L.L.C.,                                                     Appellant,

v.

DORA RIOS,                                                          Appellee.

On appeal from the County Court at Law No. 6
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Heart Clinic, P.L.L.C., perfected an appeal from a judgment entered by the County Court at Law No. 6 of Hidalgo County, Texas, in cause number CL-08-1959-F. Appellant has filed a motion to voluntarily dismiss the appeal on grounds that appellant no longer wishes to pursue this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion for voluntarily dismissal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 24th day of September, 2009.